*Erle M. Donalson*, for defendant.

---

## STARR *v.* SOUTHERN FITTINGS AND FOUNDRY COMPANY.

EVANS, P. J. There was no error in granting a nonsuit.

*Judgment affirmed. All the Justices concur.*

JULY 27, 1914.  REHEARING DENIED AUGUST 18, 1914.

Action of deceit. Before Judge Charlton. Chatham superior court. June 24, 1913.

*Twiggs & Gazan*, for plaintiff.

*Oliver & Oliver* and *P. W. Meldrim*, for defendant.